UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NLMK PENNSYLVANIA, LLC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>    **Defendant.** | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 21-00507** |

# ORDER

Upon consideration of Plaintiff NLMK Pennsylvania, LLC's Unopposed Motion for Leave to File Second Amended Complaint, Apr. 26, 2022, ECF No. 49, and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint, ECF No. 49-1, is deemed filed as of the date of this Order.

                                                                                          /s/ Claire R. Kelly<br>
                                                                                          Claire R. Kelly, Judge

Dated:      April 27, 2022<br>
             New York, New York