FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111695**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring less than four times the thickness (steel slabs).
- HTSUS: 7207120010

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111695**

| | |
|---|---|
| _____X_____ | I approve denying this exclusion request. |
| _____ | I do not approve denying this exclusion request. |
| _____ | I would like to discuss. |

*Eric Longnecker*                                   May 17, 2022
Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111701**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111701**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Eric Longnecker*                                    May 17, 2022

Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111709**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111709**

_____X_____      I approve denying this exclusion request.

_____      I do not approve denying this exclusion request.

_____      I would like to discuss.


*Eric Longnecker*                                    May 17, 2022
Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111713**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111713**

<u>       X       </u>       I approve denying this exclusion request.

<u>              </u>       I do not approve denying this exclusion request.

<u>              </u>       I would like to discuss.

*Eric Longnecker*                <u>May 17, 2022</u>

Director, Office of Strategic Industries and Economic Security     Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111718**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111718**

_____X_____   I approve denying this exclusion request.

_____   I do not approve denying this exclusion request.

_____   I would like to discuss.

*Eric Longnecker*   _____   May 17, 2022
Director, Office of Strategic Industries and Economic Security   Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111725**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111725**

X     I approve denying this exclusion request.

_____ I do not approve denying this exclusion request.

_____ I would like to discuss.

*Eric Longnecker*       May 17, 2022
Director, Office of Strategic Industries and Economic Security  Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111729**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111729**

_____**X**_____   I approve denying this exclusion request.

_____   I do not approve denying this exclusion request.

_____   I would like to discuss.

*Eric Longnecker*_____   May 17, 2022
Director, Office of Strategic Industries and Economic Security         Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111740**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111740**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Eric Longnecker*                                   May 17, 2022

Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111745**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111745**

_____X_____    I approve denying this exclusion request.

_____    I do not approve denying this exclusion request.

_____    I would like to discuss.

*Eric Longnecker*                    May 17, 2022
Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

## BIS Decision Document – Steel Section 232 Remedy Exclusion Request

## EXCLUSION REQUEST NUMBER: 111748

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111748**

_____**X**_____      I approve denying this exclusion request.

_____      I do not approve denying this exclusion request.

_____      I would like to discuss.

*Eric Longnecker*                                    May 17, 2022
Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111752**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111752**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Eric Longnecker*                                    May 17, 2022
Director, Office of Strategic Industries and Economic Security         Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States,*
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111762**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight less than .25 percent of carbon: Other, of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207120050

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111762**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Eric Longnecker*                                              May 17, 2022
Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111773**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight .25 percent or more of carbon:  of rectangular (other than square) cross section, having a width measuring at least four times the thickness (steel slabs).
- HTSUS: 7207200045

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111773**

_____X_____        I approve denying this exclusion request.

_____        I do not approve denying this exclusion request.

_____        I would like to discuss.

*Eric Longnecker*                    May 17, 2022
Director, Office of Strategic Industries and Economic Security        Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111781**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight .25 percent or more of carbon:  of rectangular (other than square) cross section, having a width measuring less than four times the thickness (steel slabs).
- HTSUS: 7207200025

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111781**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Eric Longnecker*                                     May 17, 2022

Director, Office of Strategic Industries and Economic Security          Date

FINAL RESULTS PURSUANT TO COURT REMAND
*NLMK Pennsylvania, LLC v. United States*,
CIT Court No. 21-00507

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 111782**

**Summary:**

- Requester: NLMK PENNSYLVANIA, LLC
- Product Description: Semifinished products of iron or nonalloy steel: Containing by weight .25 percent or more of carbon: of rectangular (other than square) cross section, having a width measuring less than four times the thickness (steel slabs).
- HTSUS: 7207200025

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated October 24, 2020. NLMK Pennsylvania filed suit in the U.S. Court of International Trade challenging the denial on September 8, 2021. The Court ordered remand on February 1, 2022.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be denied.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

**DECISION ON EXCLUSION REQUEST #111782**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Eric Longnecker*
Director, Office of Strategic Industries and Economic Security

May 17, 2022
Date