IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00507 |
| UNITED STATES, | ) |
| Defendant. | ) |

### JOINT MOTION FOR STAY OF FURTHER PROCEEDINGS

Plaintiff, NLMK Pennsylvania, LLC, and defendant, the United States, jointly and respectfully request that the Court order a stay of further proceedings so that the parties may focus their efforts on resolving this matter through settlement, alleviating the need for further involvement from the Court. If this joint motion is granted, the parties propose filing joint status reports every 60 days as to the status of the potential settlement and to notify the Court within seven days of any developments that would affect the case's posture, such as if a settlement agreement is signed.

Good cause supports the parties' request. As the Court is aware from the parties' July 20, 2023 joint motion to enlarge the scheduling order, the parties have discussed the possibility of settling this matter. Since the Court's July 20, 2023 order extending the date by which the Department of Commerce's remand redetermination is due, the parties have continued settlement discussions and have reached an agreement in principle. In order to formalize that agreement in principle, additional time is necessary for NLMK to compile import data necessary to effectuate the settlement, for Customs and Border Protection to review that import data for administrability, for the parties to draft the relevant settlement documents, and for the Department of Justice and

Department of Commerce to obtain the necessary settlement authority to enter into the settlement agreement. Given that the parties believe these efforts will result in resolution of this case without the need for further Court involvement, and given the priority the parties have placed on effectuating the agreement in principle as soon as possible, they would greatly appreciate being able to devote their efforts to reaching a final settlement in this matter.

For these reasons, the parties jointly and respectfully request a stay of further proceedings so that the parties can focus their efforts on settlement, with joint status reports as to the status of the potential settlement due every 60 days.

Respectfully Submitted,

s/ Sanford M. Litvack
SANFORD M. LITVACK
ANDREW L. POPLINGER
R. MATTHEW BURKE
Chaffetz Lindsey LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel.: (212) 257-6960
sandy.litvack@chaffetzlindsey.com

Attorneys for Plaintiff

Dated: August 9, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Kyle S. Beckrich
KYLE S. BECKRICH
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-9322
E-mail: Kyle.Beckrich@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | Court No. 21-00507 |

**<u>ORDER</u>**

On consideration of the parties' joint motion for a stay of further proceedings, it is hereby

ORDERED that the joint motion for stay of further proceedings is granted, and it is further

ORDERED that the parties shall file joint status reports every 60 days as to the status of the potential settlement, and it is further

ORDERED that the parties shall notify the Court within seven days of any developments that would affect the case's posture, such as if a settlement agreement is signed.

SO ORDERED.

Dated: _____                    _____
                                                                                         JUDGE