IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:     THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Court No. 21-00507 |

## JOINT STATUS REPORT

Pursuant to this Court's August 10, 2023 order, plaintiff, NLMK Pennsylvania, LLC, and defendant, the United States, respectfully submit this joint status report advising the Court as to the status of the potential settlement.

As the parties indicated in our joint motion to stay proceedings, the parties have reached an agreement in principle to settle the case. In order to effectuate that agreement, the United States must review NLMK's import data. The parties continue to collaborate in the collection and review of that data. Once that review is completed, the Department of Justice and Department of Commerce will be in a position to recommend settlement, on the terms the parties have agreed to, to the necessary settlement authority. The parties respectfully request that they file another joint status report in 60 days informing the Court of their progress.

Respectfully Submitted,

<table>
<tr><td>

*s/ Sanford M. Litvack*
SANFORD M. LITVACK
ANDREW L. POPLINGER
R. MATTHEW BURKE
Chaffetz Lindsey LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel.: (212) 257-6960
sandy.litvack@chaffetzlindsey.com

Attorneys for Plaintiff

</td><td>

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

*s/ Tara K. Hogan*
TARA K. HOGAN
Assistant Director

*s/ Kyle S. Beckrich*
KYLE S. BECKRICH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-9322
E-mail: Kyle.Beckrich@usdoj.gov

Attorneys for Defendant

</td></tr>
</table>

Dated: October 2, 2023