IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00507 |
| UNITED STATES, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's October 2, 2023 order, plaintiff, NLMK Pennsylvania, LLC, and defendant, the United States, respectfully submit this joint status report advising the Court as to the status of the potential settlement.

As the parties indicated in our previous joint status report, the parties have reached an agreement in principle to settle the case. Further, the United States has completed its review of NLMK's import data. The United States is now in the process of recommending settlement, on the terms the parties have agreed to, to the necessary settlement authority. That settlement authorization process is ongoing. If the settlement authority approves the settlement, the parties will be able to sign the settlement agreement and file the proposed stipulated judgment with the Court. The parties respectfully request that they file another joint status report in 30 days informing the Court of their progress.

| | |
|---|---|
| Respectfully Submitted, | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| *s/ Sanford M. Litvack*<br>SANFORD M. LITVACK<br>ANDREW L. POPLINGER<br>R. MATTHEW BURKE<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>Tel.: (212) 257-6960<br>sandy.litvack@chaffetzlindsey.com | PATRICIA M. MCCARTHY<br>Director<br><br>s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director<br><br>s/ Kyle S. Beckrich<br>KYLE S. BECKRICH<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel. (202) 616-9322<br>E-mail: Kyle.Beckrich@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: December 1, 2023