IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) Court No. 21-00507 |
| v. | )<br>) |
| UNITED STATES, | )<br>) |
| Defendant. | )<br>) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to this Court's December 1, 2023 order, plaintiff, NLMK Pennsylvania, LLC, and defendant, the United States, respectfully submit this joint status report advising the Court as to the status of the potential settlement.

As the parties indicated in our previous joint status report, the parties have reached an agreement in principle to settle the case and the United States is now in the process of recommending settlement, on the terms the parties have agreed to, to the necessary settlement authority. That settlement authorization process continues to be ongoing. If the settlement authority approves the settlement, the parties will be able to sign the settlement agreement and file the proposed stipulated judgment with the Court. The parties respectfully request that they file another joint status report in 30 days informing the Court of their progress.

Respectfully Submitted,

*s/ Sanford M. Litvack*
SANFORD M. LITVACK
ANDREW L. POPLINGER
R. MATTHEW BURKE
Chaffetz Lindsey LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel.: (212) 257-6960
sandy.litvack@chaffetzlindsey.com

Attorneys for Plaintiff

Dated: January 2, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-9322
E-mail: Kyle.Beckrich@usdoj.gov

Attorneys for Defendant