UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NLMK PENNSYLVANIA, LLC,**<br><br>     Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>     Defendant. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 21-00507** |

### ORDER

Upon consideration of the parties' Joint Status Report, see ECF No. 115, and pursuant to U.S. Court of International Trade Rule 7(b), it is

**ORDERED** that these proceedings are stayed; and it is further

**ORDERED** that the parties shall file a joint status report on or before Friday, February 2, 2024.

/s/ Claire R. Kelly<br>Claire R. Kelly, Judge

Dated:   January 3, 2024
         New York, New York