IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00507 |
| UNITED STATES, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's February 2, 2024 order, plaintiff, NLMK Pennsylvania, LLC, and defendant, the United States, respectfully submit this joint status report advising the Court as to the status of the potential settlement.

As the parties indicated in our previous joint status report, the parties have reached an agreement in principle to settle the case. Undersigned counsel for the United States has now recommended settlement, on the terms the parties have agreed to, to the necessary settlement authority, who is currently considering the settlement recommendation. If the settlement authority approves the settlement, the parties will be able to sign the settlement agreement and file the proposed stipulated judgment with the Court. Undersigned counsel is optimistic that a determination will be made in the near future, and the parties respectfully request additional time to finalize the settlement.

In the event the settlement authority does not approve the settlement in the next 45 days, the parties request that the Court order the Department of Commerce to file its remand results in this case no later than April 8, 2024. A proposed order is attached.

| | |
|---|---|
| Respectfully Submitted,<br><br>s/ *Sanford M. Litvack*<br>SANFORD M. LITVACK<br>ANDREW L. POPLINGER<br>R. MATTHEW BURKE<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>Tel.: (212) 257-6960<br>sandy.litvack@chaffetzlindsey.com<br><br>Attorneys for Plaintiff<br><br><br>Dated: February 23, 2024 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director<br><br>s/ Kyle S. Beckrich<br>KYLE S. BECKRICH<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel. (202) 616-9322<br>E-mail: Kyle.Beckrich@usdoj.gov<br><br>Attorneys for Defendant |

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| NLMK PENNSYLVANIA, LLC, ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) Defendant. ) | Court No. 21-00507 |

**ORDER**

On consideration of the parties' joint status report, it is hereby

ORDERED that these proceedings are stayed until April 8, 2024, and it is further

ORDERED that the Department of Commerce shall file remand results in this case on April 8, 2024, unless the parties have executed a settlement agreement before then.

SO ORDERED.

Dated: _____      _____
                                                              JUDGE