## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NLMK PENNSYLVANIA, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 21-00507** |

### ORDER

Upon consideration of the parties' Joint Status Report, see ECF No. 119, and pursuant to U.S. Court of International Trade Rule 7(b), it is

**ORDERED** that these proceedings are stayed; and it is further

**ORDERED** that the Department of Commerce shall file remand results in this matter on or before Monday, April 8, 2024, unless the parties have executed a settlement agreement before that date.

 /s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:    February 23, 2024
         New York, New York